UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher Jerome JOHNSON,
Defendant–Appellant.

No. 06–20022
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 17, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Kimberly S. Keller, The Keller Group, San Antonio, TX, for Defendant–Appellant.

---

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Christopher Jerome Johnson was convicted of one charge of possession of five or more grams of cocaine base with intent to distribute and sentenced to serve 120 months in prison. Johnson appeals his sentence. He argues that the appellate waiver clause in his plea agreement is invalid because it is too broad and that his sentence is improper under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The Government contends that the waiver clause is valid and should be enforced.

The record reflects that Johnson knowingly and voluntarily waived his appellate rights. *See United States v. Melancon,* 972 F.2d 566, 567–68 (5th Cir.1992). Consideration of Johnson's *Booker* claim is barred by the plain language of the waiver. *See United States v. Bond,* 414 F.3d 542, 544 (5th Cir.2005). Accordingly, we do not consider the merits of Johnson's sentencing challenge, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.